R.B. BOYD, Petitioner–Appellant,

v.

Stephen M. DEWALT, Warden, Federal Prison Camp; United States of America; Department of Justice, Federal Bureau of Prisons, Respondents–Appellees.

No. 02–7227.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 31, 2002.

R.B. Boyd, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

R.B. Boyd, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Boyd v. Dewalt,* No. CA–02–12–5–H (E.D.N.C. July 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*